**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  Larry A. Adams, Jr.                                  :          **Chapter 13**
                                                            :
         **Debtor**                                  : **Bky. No. 21-10599 MDC**


## CERTIFICATE OF SERVICE

I, **MICHAEL SCHWARTZ, ESQUIRE,** hereby certify that Debtor's 2nd

Amended Chapter 13 Plan was sent on September 30, 2021, by electronic notification and

United States First Class Mail to the Office of the Trustee, and all secured and priority

creditors using the addresses listed in the claims register.


                                   **\s\ Michael Schwartz**
                                   **MICHAEL SCHWARTZ, ESQUIRE**
                                   **Attorney for Debtor**