**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  Jason S. Muhlbaier | : | Chapter 13 |
| | : | |
| Debtor | : | Bky. No. 17-16138 AMC |

# O R D E R

**AND NOW,** upon consideration of the Debtor's Motion to Approve Mortgage Modification ("the Motion") (Doc. #  43 ), and after notice and hearing, and there being no objection thereto, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor is **AUTHORIZED** to enter into the loan modification transaction as set forth in the Motion.

3. Nothing in this order shall constitute a modification of the Debtor's confirmed chapter 13 plan.

**Date: November 3, 2021**

Date: _____
ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE