Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022  
Chapter 13 Case No. 17-16138-AMC

JASON S. MUHLBAIER  
150 MEADOWBROOK AVENUE  
UPPER DARBY  PA    19082

Petition Filed Date: 09/08/2017  
341 Hearing Date: 11/03/2017  
Confirmation Date: 02/22/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/05/2021 | $750.00 | 7570575000 | 09/13/2021 | $1,500.00 | 7944401000 | 01/03/2022 | $375.00 | 8183977000 |
| 02/15/2022 | $400.00 | 8276557000 | 02/28/2022 | $250.00 | 8303186000 | 04/18/2022 | $250.00 | 8404552000 |
| 06/09/2022 | $300.00 | 8518711000 | 06/21/2022 | $300.00 | 8539543000 | 07/18/2022 | $375.00 | 8594502000 |

Total Receipts for the Period: $4,500.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $14,250.00

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 4 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>»» 004 | Unsecured Creditors | $154.43 | $0.00 | $154.43 |
| 5 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>»» 005 | Unsecured Creditors | $242.58 | $0.00 | $242.58 |
| 7 | BANK OF AMERICA NA<br>»» 007 | Unsecured Creditors | $6,536.67 | $79.11 | $6,457.56 |
| 2 | BRIDGETON ONIZED FEDERAL CREDIT UNION<br>»» 002 | Secured Creditors | $7,547.82 | $7,547.82 | $0.00 |
| 3 | NEWREZ LLC  D/B/A<br>»» 003 | Mortgage Arrears | $2,651.64 | $2,651.64 | $0.00 |
| 1 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 001 | Unsecured Creditors | $6,450.00 | $78.06 | $6,371.94 |
| 8 | GREENSKY LLC<br>»» 008 | Unsecured Creditors | $22,072.12 | $267.11 | $21,805.01 |
| 6 | US BANK NA<br>»» 006 | Unsecured Creditors | $4,665.49 | $56.46 | $4,609.03 |
| 9 | MICHAEL S SCHWARTZ ESQ<br>»» 009 | Attorney Fees | $2,000.00 | $2,000.00 | $0.00 |

**Chapter 13 Case No. 17-16138-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $14,250.00 | Current Monthly Payment: | $250.00 |
| Paid to Claims: | $12,680.20 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,220.00 | Total Plan Base: | $14,750.00 |
| Funds on Hand: | $349.80 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.