United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 17-16138-amc |
|---|---|
| Jason S. Muhlbaier | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Oct 24, 2022 | Form ID: 138OBJ | Total Noticed: 25 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 26, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jason S. Muhlbaier, 150 Meadowbrook Avenue, Upper Darby, PA 19082-1233 |
| 13981047 | + | Bridgeton Onized F C U, 2550 S Main Street, Vineland, NJ 08360-7138 |
| 14017448 | | Ditech Financial LLC, PO Box 6154, Rapid City, SD 57709-6154 |
| 14623040 | + | NewRez LLC d/b/a Shellpoint Mortgage Servicing, C/O REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 13981054 | + | Suntrustbank/gs Loan S, 1797 Ne Expressway, Atlanta, GA 30329-7803 |
| 14670803 | + | Upper Darby Township, c/o James R. Woods, Esq., 2700 Horizon Drive, Ste 100, King of Prussia, PA 19406-2726 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 24 2022 23:57:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 24 2022 23:57:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 13981045 | + | Email/Text: bankruptcies@amerassist.com | Oct 24 2022 23:57:00 | Amerassist, PO Box 26095, Columbus, OH 43226-0095 |
| 14037299 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Oct 24 2022 23:57:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 13981046 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 24 2022 23:57:00 | Bankamerica, Po Box 982238, El Paso, TX 79998-2238 |
| 14002455 | + | Email/Text: laura@redbanklaw.com | Oct 24 2022 23:57:00 | Bridgeton Onized Federal Credit Union, C/O McKenna, DuPont, Higgins & Ston, PO Box 610, Red Bank, NJ 07701-0610 |
| 13981049 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 25 2022 00:04:42 | Citi, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 13981050 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 24 2022 23:57:00 | Comenitycapital/bjsclb, Po Box 182120, Columbus, OH 43218-2120 |
| 13997312 | + | Email/Text: bbagley@enerbankusa.com | Oct 24 2022 23:57:00 | EnerBank USA, 1245 East Brickyard Road, Suite 600, Salt Lake City UT 84106-2562 |
| 13981052 | + | Email/Text: bbagley@enerbankusa.com | Oct 24 2022 23:57:00 | Enerbank Usa, 1945 W Parnall Rd Ste 22, Jackson, MI 49201-8658 |
| 13981053 | | Email/Text: collecadminbankruptcy@fnni.com | Oct 24 2022 23:57:00 | Fnb Omaha, P.o. Box 3412, Omaha, NE 68197 |
| 14049986 | + | Email/Text: bankruptcy@greenskycredit.com | Oct 24 2022 23:57:00 | Greensky, LLC, 1797 North East Expressway Suite 100, Atlanta, GA 30329-2451 |
| 14473498 | | Email/Text: JCAP_BNC_Notices@jcap.com | | |

District/off: 0313-2                                     User: admin                                           Page 2 of 3
Date Rcvd: Oct 24, 2022                                  Form ID: 138OBJ                                       Total Noticed: 25

| | | | |
|---|---|---|---|
| | | Oct 24 2022 23:57:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 13981048 | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 25 2022 00:04:33 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14002454 | + Email/Text: laura@redbanklaw.com | Oct 24 2022 23:57:00 | Michael R. DuPont, PO Box 610, 229 Broad Street, Red Bank, NJ 07701-2009 |
| 14476360 | Email/Text: mtgbk@shellpointmtg.com | Oct 24 2022 23:57:00 | NewRez LLC d/b/a Shellpoint Mortgage, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14037025 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Oct 24 2022 23:57:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, St. Louis MO 63166-0108 |
| 13981055 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Oct 24 2022 23:57:00 | Us Bank, 4325 17th Ave S, Fargo, ND 58125 |
| 14021797 | Email/PDF: ebn_ais@aisinfo.com | Oct 25 2022 00:04:40 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 19

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13981051 | ## | Ditech Financial Llc, Po Box 6172, Rapid City, SD 57709 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2022                        Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 24, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing cwohlrab@raslg.com |
| HAROLD N. KAPLAN | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing hkaplan@rasnj.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Upper Darby Township jwood@portnoffonline.com  jwood@ecf.inforuptcy.com |
| MICHAEL SETH SCHWARTZ | on behalf of Debtor Jason S. Muhlbaier msbankruptcy@gmail.com  schwartzmr87357@notify.bestcase.com |
| POLLY A. LANGDON | |

District/off: 0313-2                          User: admin                              Page 3 of 3
Date Rcvd: Oct 24, 2022                    Form ID: 138OBJ                       Total Noticed: 25

on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com

SCOTT F. WATERMAN (Chapter 13)
                    ECFMail@ReadingCh13.com

United States Trustee
                    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Jason S. Muhlbaier

             Debtor(s)

Case No: 17−16138−amc

Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1 328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.


For The Court

Timothy B. McGrath
Clerk of Court

Dated: 10/24/22