**Fill in this information to identify the case:**

Debtor 1    Jason S. Muhlbaier

Debtor 2    _____
(Spouse, if filing)

United States Bankruptcy Court for the EASTERN District of PENNSYLVANIA (PHILADELPHIA)

Case number 17-16138-amc

# Official Form 410S1

# Notice of Mortgage Payment Change 12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** NewRez LLC d/b/a Shellpoint Mortgage Servicing

**Last 4 digits** of any number you use to identify the debtor's account: 1960

**Court claim no.** (if known): 3-1

**Date of payment change:** 12/1/2020
Must be at least 21 days after date of this notice

**New total payment:** $1,286.13
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No.
   ■ Yes.    Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:
   _____
   _____

   Current escrow payment: $656.04        New escrow payment: $659.68

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ■ No
   ☐ Yes.    Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:
   _____
   _____

   Current interest rate:                          New interest rate:

   Current principal and interest payment:        New principal and interest payment:

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ■ No
   ☐ Yes    Attach a copy of any document describing the basis for the change, such as a repayment plan or loan modification agreement.
   *(Court approval may be required before the payment change can take effect.)*

   Reason for change: _____

   Current mortgage payment            New mortgage payment:

Debtor 1  <u>Jason S. Muhlbaier</u>                                           Case number *(if known)* <u>17-16138-amc</u>
      Print Name    Middle Name    Last Name

| Part 4: | Sign Here |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor

■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ <u>/s/ Darrelyn Thomas</u>          Date  <u>10/09/2020</u>
   Signature

Print      <u>Darrelyn Thomas</u>                                    Title    <u>Authorized Agent for Creditor</u>
      First Name   Middle Name   Last Name

Company    <u>Robertson, Anschutz, Schneid & Crane LLC</u>

Address    <u>10700 Abbott's Bridge Road, Suite 170</u>
      Number   Street

      <u>Duluth, GA 30097</u>
      City   State   ZIP Code

Contact Phone  <u>470-321-7112</u>                                   Email    <u>dthomas@rascrane.com</u>

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on _____October 15, 2020_____, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

**Jason S. Muhlbaier**
**150 Meadowbrook Avenue**
**Upper Darby, PA 19082**

And via electronic mail to:

**Michael Seth Schwartz**
**Law Office of Michael Schwartz**
**707 Lakeside Office Park**
**Southampton, PA 18966**

**Scott F. Waterman**
**Chapter 13 Trustee**
**2901 St. Lawrence Ave.**
**Suite 100**
**Reading, PA 19606**

**United States Trustee**
**Office of the U.S. Trustee**
**200 Chestnut Street**
**Suite 502**
**Philadelphia, PA 19106**

        ROBERTSON, ANSCHUTZ, SCHNEID & CRANE LLC
        Authorized Agent for Secured Creditor
        10700 Abbott's Bridge Road, Suite 170
        Duluth, GA 30097
        Telephone: 470-321-7112
        Facsimile: 404-393-1425

        By: /s/ Esther Kudron
            Esther Kudron
            ekudron@rascrane.com

**Shellpoint Mortgage Servicing**
PO Box 10826
Greenville, SC  29603 0826
For Inquiries:  (800) 365-7107

JASON MUHLBAIER
150 MEADOWBROOK AVE
UPPER DARBY PA  19082

Analysis Date:     October 06, 2020
Loan:
Property Address:
150 MEADOWBROOK AVE
UPPER DARBY, PA  19082

## Annual Escrow Account Disclosure Statement - Account History

The following is an overview of your escrow account with Shellpoint Mortgage Servicing. It contains the history of escrow payments made on your behalf in the prior year, and a snapshot of the anticipated disbursements for the coming year. Any potential adjustments due to increases or decreases with your escrow items may affect your monthly escrow payment. If your escrow payment increases, your monthly payment will also increase. If the escrow payment decreases, your mortgage payment will decrease.

| Payment Information | Contractual | Effective Dec 01, 2020 | Prior Esc Pmt | December 01, 2019 | Escrow Balance Calculation | |
|---|---|---|---|---|---|---|
| P & I Pmt: | $626.45 | $626.45 | P & I Pmt: | $626.45 | Due Date: | February 01, 2020 |
| Escrow Pmt: | $617.99 | $659.68 | Escrow Pmt: | $656.04 | Escrow Balance: | -$2,888.92 |
| Other Funds Pmt: | $0.00 | $0.00 | Other Funds Pmt: | $0.00 | Anticipated Pmts to Escrow: | $6,179.90 |
| Asst. Pmt (-): | $0.00 | $0.00 | Asst. Pmt (-): | $0.00 | Anticipated Pmts from Escrow (-): | $84.98 |
| Reserve Acct Pmt: | $0.00 | $0.00 | Resrv Acct Pmt: | $0.00 | | |
| Total Payment: | $1,244.44 | $1,286.13 | Total Payment: | $1,282.49 | Anticipated Escrow Balance: | $3,206.00 |

| Shortage/Overage Information | Effective Dec 01, 2020 |
|---|---|
| Upcoming Total Annual Bills | $7,916.15 |
| Required Cushion | $1,149.40 |
| Required Starting Balance | $2,873.49 |
| Escrow Shortage | $0.00 |
| Surplus | $332.51 |

**Cushion Calculation:** Because Shellpoint Mortgage Servicing does not set your tax amounts or insurance premiums, your escrow balance contains a cushion of 1,149.40. A cushion is an additional amount of funds held in your escrow in order to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Your lowest monthly balance should not be below 1,319.36 or 1/6 of the anticipated payment from the account.

This is a statement of actual activity in your escrow account from Jan 2020 to Nov 2020.  Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Date | Payments to Escrow Anticipated | Actual | Payments From Escrow Anticipated | Actual | | Description | Escrow Balance Required | Actual |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Starting Balance | 0.00 | 1,826.46 |
| Jan 2020 | | 646.28 | | | * | | 0.00 | 2,472.74 |
| Jan 2020 | | | | 87.09 | * | FHA MI | 0.00 | 2,385.65 |
| Jan 2020 | | | | 87.09 | * | FHA MI | 0.00 | 2,298.56 |
| Feb 2020 | | 656.04 | | | * | | 0.00 | 2,954.60 |
| Feb 2020 | | | | 524.90 | * | County Tax | 0.00 | 2,429.70 |
| Feb 2020 | | | | 2,055.01 | * | Town Tax | 0.00 | 374.69 |
| Mar 2020 | | 656.04 | | | * | | 0.00 | 1,030.73 |
| Mar 2020 | | | | 87.09 | * | FHA MI | 0.00 | 943.64 |
| Apr 2020 | | | | 87.09 | * | FHA MI | 0.00 | 856.55 |
| May 2020 | | | | 87.09 | * | FHA MI | 0.00 | 769.46 |
| May 2020 | | | | 932.00 | * | Hazard | 0.00 | (162.54) |
| Jun 2020 | | | | 87.09 | * | FHA MI | 0.00 | (249.63) |
| Jun 2020 | | | | 84.98 | * | FHA MI | 0.00 | (334.61) |
| Aug 2020 | | | | 84.98 | * | FHA MI | 0.00 | (419.59) |
| Aug 2020 | | | | 3,384.48 | * | School Tax | 0.00 | (3,804.07) |
| Sep 2020 | | | | 84.98 | * | FHA MI | 0.00 | (3,889.05) |
| Oct 2020 | | | | 84.98 | * | FHA MI | 0.00 | (3,974.03) |
| | | | | | | Anticipated Transactions | 0.00 | (3,974.03) |
| Nov 2020 | | 6,179.90P | | 84.98 | | FHA MI | | 2,120.89 |
| | $0.00 | $8,138.26 | $0.00 | $7,843.83 | | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount.  If you want a further explanation, please call our toll-free number.
P - The letter (P) beside an amount indicates that the payment or disbursement has not yet occurred but is estimated to occur as shown.

Shellpoint Mortgage Servicing
For Inquiries: (800) 365-7107

Analysis Date: October 06, 2020
Loan:

## Annual Escrow Account Disclosure Statement - Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments | | Description | Escrow Balance | |
| --- | --- | --- | --- | --- | --- |
| | To Escrow | From Escrow | | Anticipated | Required |
| | | | Starting Balance | 3,206.00 | 2,873.49 |
| Dec 2020 | 659.68 | 84.98 | FHA MI | 3,780.70 | 3,448.19 |
| Jan 2021 | 659.68 | 84.98 | FHA MI | 4,355.40 | 4,022.89 |
| Feb 2021 | 659.68 | 84.98 | FHA MI | 4,930.10 | 4,597.59 |
| Mar 2021 | 659.68 | 2,055.01 | Town Tax | 3,534.77 | 3,202.26 |
| Mar 2021 | | 84.98 | FHA MI | 3,449.79 | 3,117.28 |
| Apr 2021 | 659.68 | 524.90 | County Tax | 3,584.57 | 3,252.06 |
| Apr 2021 | | 84.98 | FHA MI | 3,499.59 | 3,167.08 |
| May 2021 | 659.68 | 932.00 | Hazard | 3,227.27 | 2,894.76 |
| May 2021 | | 84.98 | FHA MI | 3,142.29 | 2,809.78 |
| Jun 2021 | 659.68 | 84.98 | FHA MI | 3,716.99 | 3,384.48 |
| Jul 2021 | 659.68 | 84.98 | FHA MI | 4,291.69 | 3,959.18 |
| Aug 2021 | 659.68 | 3,384.48 | School Tax | 1,566.89 | 1,234.38 |
| Aug 2021 | | 84.98 | FHA MI | 1,481.91 | 1,149.40 |
| Sep 2021 | 659.68 | 84.98 | FHA MI | 2,056.61 | 1,724.10 |
| Oct 2021 | 659.68 | 84.98 | FHA MI | 2,631.31 | 2,298.80 |
| Nov 2021 | 659.68 | 84.98 | FHA MI | 3,206.01 | 2,873.50 |
| | $7,916.16 | $7,916.15 | | | |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)

Your ending balance from the last month of the account history (escrow balance anticipated) is 3,206.00.  Your starting
balance (escrow balance required) according to this analysis should be $2,873.49.  This means you have a surplus of 332.51.
This surplus must be returned to you unless it is less than $50.00, in which case we have the option of retaining in your escrow account.
it and lowering your monthly payments accordingly. As the loan is delinquent, we will not be sending a check for the surplus.

A check will be mailed within 30 days from the date of the analysis if your loan is current.

We anticipate the total of your coming year bills to be 7,916.15.  We divide that amount by the number of payments expected during the coming year to
obtain your escrow payment.

| New Escrow Payment Calculation | |
| --- | --- |
| Unadjusted Escrow Payment | $659.68 |
| Surplus Reduction: | $0.00 |
| Shortage Installment: | $0.00 |
| Rounding Adjustment Amount: | $0.00 |
| Escrow Payment: | $659.68 |

**TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED, DISMISSED OR IS SUBJECT TO AN AUTOMATIC STAY OF BANKRUPTCY ORDER UNDER TITLE 11 OF THE UNITED STATES CODE, THIS NOTICE IS FOR COMPLIANCE AND INFORMATION PURPOSES ONLY AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR ANY ATTEMPT TO COLLECT ANY SUCH OBLIGATION.**